Daniel Glen WHITE, Plaintiff—Appellee–Cross–Appellant,

v.

PGS AMERICAS INC., Defendant—Appellant–Cross–Appellee.

No. 05–40797.

United States Court of Appeals, Fifth Circuit.

Dec. 11, 2006.

Harold Joseph Eisenman, Harold Eisenman, P.C., HOUSTON, TX, for Plaintiff–Appellee–Cross–Appellant.

Jeffrey Ross Bale, Alan Jude Meche, Bale, Stinneford & Godkin, Sugar Land, TX, for Defendant–Appellant–Cross–Appellee.

Before JOLLY, HIGGINBOTHAM, and DENNIS, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.